UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALEXANDER AVERGOON,<br><br>  Defendant. | Case No.: 19CR2955-BAS<br><br>ORDER OF RESTITUTION |

IT IS HEREBY ORDERED:

1. Pursuant to 18 U.S.C. § 3663A(a)(1) and 3663(a)(1)(A), Defendant Alexander Avergoon (hereinafter "Defendant") shall pay restitution in the amount of **$9,679,306.70** as a result of Defendant's conviction for wire fraud, money laundering, and aggravated identity theft, in violation of 18 U.S.C. §§ 1343, 1956, 1028A.

2. Restitution shall be paid to the following victims in the specified amounts, pro rata:

| Victim | Amount |
|---|---|
| A.U. | $6,608,630.79 |
| Clarence Brooks Foundation* | $300,000.00 |
| B.Sh./B.G. | $495,555.56 |
| M.K. | $459,600.00 |
| California Office of Emergency Services* | $260,537.00 |

| | |
|---|---|
| Z.K. | $297,584.00 |
| M.Kr. | $184,987.50 |
| J.S. | $250,005.45 |
| V.K. | $233,417.34 |
| B.G./M.P. | $137,270.02 |
| V.G. | $128,556.00 |
| P.G. | $110,246.00 |
| I.F. | $93,000.04 |
| D.S. | $77,750.00 |
| M.P. | $31,400.00 |
| N.T./G.B. | $10,767.00 |
| | **$9,679,306.70** |

Defendant shall pay restitution jointly and severally with all co-conspirators who are ordered to pay restitution for the same losses.

*Regarding the restitution for this victim, the presently known co-conspirator is Yisroel Goldstein, charged in Case No. 20CR1916-BAS.

3. Defendant shall make a bona fide effort to pay restitution in full as soon as practicable.

4. After considering the factors set forth in 18 U.S.C. § 3664(f)(2), the Court finds that the Defendant has the ability to pay the restitution as set forth in the following payment schedule:

    a. During any period of incarceration, Defendant shall pay restitution through the Inmate Financial Responsibility Program at the rate of 50% of Defendant's income, or $25.00 per quarter, whichever is greater.

    b. Upon release from custody, Defendant shall pay restitution at the rate of at least $250.00 per month, subject to modification upon further agreement of the parties or order of the Court.

5. This payment schedule does not foreclose the United States from exercising all legal actions, remedies, and process available to collect the restitution judgment, including but not limited to remedies pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A).

6. Defendant shall forward all restitution payments, by bank or cashier's check or money order payable to the "Clerk, U.S. District Court," to:

Clerk of the Court
United States District Court
Southern District of California
333 West Broadway, Suite 420
San Diego, CA 92101

7. The Court has determined that Defendant does not have the ability to pay interest. The interest requirement is waived pursuant to 18 U.S.C. 3612(f)(3)(A).]

8. Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in Defendant's economic circumstances that might affect Defendant's ability to pay restitution no later than thirty days after the change occurs. *See* 18 U.S.C. § 3664(k).

9. Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in mailing or residence address, no later than thirty days after the change occurs. *See* 18 U.S.C. § 3612(b)(1)(F).

IT IS SO ORDERED.

DATED: 1/04/22

HON. Cynthia Bashant
United States District Judge